UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIBERTY MUTUAL INSURANCE
COMPANY, et al.,,
                Plaintiff,

v.                                          CIVIL ACTION NO.
                                            11-cv-11245-MBB

THE CONTINENTAL INSURANCE
COMPANY, successor to NIAGARA FIRE
INSURANCE COMPANY,
                Defendant.

## FINAL JUDGMENT

### MAY 7, 2012

**BOWLER, U.S.M.J.**

      In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and each party to bear its own costs, attorneys' fees and expenses.  Any and all rights of appeal are hereby waived.  .

                                                          /s/ Marianne B. Bowler
                                                          MARIANNE B. BOWLER
                                                          United States Magistrate Judge